**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**LADONNA SMITH**                                                                 **PLAINTIFF**

**v.**                          **CASE NO. 3:25-CV-00071-BSM**

**SOCIAL SECURITY ADMINISTRATION
Commissioner**                                                                 **DEFENDANT**

### ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 14] is adopted, and LaDonna Smith's complaint is dismissed with prejudice.

IT IS SO ORDERED this 13th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE