### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**LADONNA SMITH**                                                    **PLAINTIFF**

**v.**                          **CASE NO. 3:25-CV-00071-BSM**

**SOCIAL SECURITY ADMINISTRATION**
**Commissioner**                                                    **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE